No. 685 July 30, 2025 315

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of M. P.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

M. P.,
*Appellant.*

Marion County Circuit Court
23CC03814; A186289

Drew P. Taylor, Judge pro tempore.

Submitted June 13, 2025.

Liza Langford filed the brief for appellant.

Jona J. Maukonen, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days. Appointed counsel filed a brief pursuant to ORAP 5.90(4) and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

A civil commitment hearing was held on December 12, 2024, to determine whether to extend appellant's commitment. Based on the evidence and testimony at the hearing, the trial court found that appellant suffered from a mental disorder and that, as a result, she was unable to provide for her basic needs and presented a danger to others. *See* ORS 426.005(1)(f)(A), (B). The trial court recommitted her to the custody of the Oregon Health Authority for a period not to exceed 180 days.

Having reviewed the record, including the trial court file, the transcript of the civil commitment hearing, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.